UNITED STATES DISTRICT COURT
DIstrict of South CAROLINA

Jonathan Lee Riches ; Miguel Angel Fernandez ; Tyreece O. Jefferson,
Plaintiffs

V,

AQuiLia Marcivicci Barnette,

Defendant

## Temporary Restraining order / class action suit

Plaintiffs seek a preliminary Injunction tempory Restraining order. Plaintiffs
are getting threatened with their legal work by defendant. Barnette told plaintiffs
Not to file 2255's on their criminal convictions, if Plaintiffs did, defendant said he
is going to come after each Plaintiff. Plaintiffs pray for relief

Respectfully